# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>vs.<br>Curtis David Fahlberg<br>　　　　　　　　　Defendant. | Western Division<br>Case Number: 2:09-MJ-00977　　Complaint & Warrant<br>Initial App. Date: 06/17/2009　　Initial App. Time: 2:00 PM<br>Date Filed: 06/15/2009<br>Violation: 18:2423(c)<br>CourtSmart: CS06/17/2009 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Jennifer T. Lum | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:**　　Anthony, ShaRon　　　　Elizabeth Young　　　　None
　　　　　　Deputy Clerk　　　　　　Assistant U.S. Attorney　　　Interpreter/Language

[✓] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
　　[✓] preliminary hearing OR [ ] removal hearing / Rule 20.
[✓] Defendant states true name [✓] is as charged [ ] is _____
[ ] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
[✓] Attorney: Ronald Kaye, Retained [ ] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
　　[ ] Special appearance by: _____
[✓] Government's request for detention is: [✓] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
[✓] Defendant is ordered: [ ] Permanently Detained [✓] Temporarily Detained (see separate order).
[ ] BAIL FIXED AT $_____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
[ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
[✓] Preliminary Hearing waived.
[ ] Class B Misdemeanor [ ] Defendant is advised of maximum penalties
[ ] This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
[ ] PO/PSA WARRANT [ ] Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
[ ] Preliminary Hearing set for _____ at 4:30 PM _____
[✓] PTA set for: 7/20/2009 at 8:30 AM in LA; ~~at 3:00 PM in Riverside; at 10:00 AM in Santa Ana~~.
[ ] Government's motion to dismiss case/defendant _____ only: [ ] GRANTED [ ] DENIED
[ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
[✓] Defendant executed Waiver of Rights. [ ] Process received.
[ ] Court ORDERS defendant Held to Answer to _____ District of _____
　　[ ] Bond to transfer, if bail is posted. Defendant to report on or before _____
　　[ ] Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
　　[ ] Warrant of removal and final commitment are ordered stayed until _____
[ ] Case continued to (Date) _____ (Time) _____ AM / PM
　　Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
　　Proceedings will be held in the [ ] Duty Courtroom _____ [ ] Judge's Courtroom _____
[✓] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
[ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
[ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
[ ] RELEASE ORDER NO: _____
[ ] Other: _____

[X] PSA　　　　[ ] ~~FINANCIAL~~　　　　[X] READY　　Deputy Clerk Initials _SA_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 08