FILED

2009 JUL 17 PM 1:07

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2009 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>CURTIS DAVID FAHLBERG,<br><br>              Defendant. | CR No. 09- **CR09- 00683**<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2423(c): Engaging<br>In Illicit Sexual Conduct With<br>A Minor In Foreign Places] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(c)]

Between on or about September 28, 2003, and on or about June 27, 2006, defendant CURTIS DAVID FAHLBERG, a citizen of the United States, knowingly traveled in foreign commerce, from Los Angeles, California, in the Central District of California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with L.T.K.G., a girl less than 18 years of age.

RED:red

COUNT TWO

[18 U.S.C. § 2423(c)]

Between on or about September 28, 2003, and on or about June 27, 2006, defendant CURTIS DAVID FAHLBERG, a citizen of the United States, knowingly traveled in foreign commerce, from Los Angeles, California, in the Central District of California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with D.T.M.T., a girl less than 18 years of age.

COUNT THREE

[18 U.S.C. § 2423(c)]

Between on or about September 28, 2003, and on or about June 27, 2006, defendant CURTIS DAVID FAHLBERG, a citizen of the United States, knowingly traveled in foreign commerce, from Los Angeles, California, in the Central District of California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with D.T.M.V., a girl less than 18 years of age.

A TRUE BILL

_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section