UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

CASE SUMMARY

Case Number __CR09-00683__   Defendant Number __1__
U.S.A. v. __CURTIS DAVID FAHLBERG__   Year of Birth __1946__
☒ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.) __ICE__

2009 JUL 17 PM 1:07
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a:
   ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
   ☐ Petty Offense   ☐ Class B Misdemeanor
b. Date of offense _____
c. County in which first offense occurred
   __LOS ANGELES AND ABROAD__
d. The crimes charged are alleged to have been committed in:
   CHECK ALL THAT APPLY
   ☒ Los Angeles   ☐ Ventura
   ☐ Orange   ☐ Santa Barbara
   ☐ Riverside   ☐ San Luis Obispo
   ☐ San Bernardino   ☒ Other __ABROAD (CAMBODIA, THAILAND)__
   Citation of offense __18 USC § 2423 (c)__

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☐ No   ☒ Yes
   IF YES Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** __N/A__

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: __5/11/09__
   Case Number __09-977M__
   Charging __18 USC § 2423 (c)__

The complaint:   ☒ is still pending
   ☐ was dismissed on: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*   ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☒ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   ☐ Yes   ☐ No   N/A

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: __N/A__

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge __N/A__

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*   ☐ No   N/A

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*   ☐ No   N/A

Was a Notice of Complex Case filed on the Indictment or Information?
   ☐ Yes   ☐ No   N/A

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☐ No
IF YES, list language and/or dialect:   N/A

---

ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

## OTHER

☒ Male  ☐ Female
☒ U.S. Citizen  ☐ Alien
Alias Name(s) _____

This defendant is charged in:  ☒ All counts
☐ Only counts: _____

N/A ☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

N/A ☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☒ No
IF YES, should matter be sealed?  ☐ Yes  ☒ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud  ☐ public corruption
☐ government fraud  ☐ tax offenses
☐ environmental issues  ☐ mail/wire fraud
☐ narcotics offenses  ☐ immigration offenses
☐ violent crimes/firearms  ☐ corporate fraud
☒ Other: CHILD EXPLOITATION

## CUSTODY STATUS

Defendant is **not** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is a Fugitive  ☐ Yes  ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☐ Yes  ☐ No

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☒ Federal
b. Name of Institution: MDC
c. If Federal: U.S. Marshal's Registration Number: 57001-112
d. ☒ Solely on this charge. Date and time of arrest: 6/15/09
e. On another conviction:  ☐ Yes  ☒ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☒ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

## EXCLUDABLE TIME
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date  7/16/09

_____
Signature of Assistant U.S. Attorney

ROBERT F. DUGDALE
*Print Name*