RONALD O. KAYE (No. 145051)
KAYE, McLANE & BEDNARSKI, LLP
234 E. Colorado Blvd.  Suite 230
Pasadena, California 91101
Telephone: (626) 844-7660
Facsimile: (626) 844-7670
rok@kmbllp.com

Attorneys for Defendant
CURTIS DAVID FAHLBERG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 09-00683-MMM |
| Plaintiff, | ~~PROPOSED~~ **ORDER RE: DEPOSITIONS OF FOREIGN WITNESSES** |
| v. | |
| CURTIS DAVID FAHLBERG, | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the parties are granted leave to conduct Rule 15 depositions for the following witnesses in Phnom Penh, Cambodia[1]:

**Witness for the government**:

- Channa Touch

**Witnesses for the defense**:

- Ier Phang
- Adam Parker

---

[1] The parties have advised the Court that they anticipate that the depositions will be taken on July 19th and July 20th, 2010 in Phnom Penh, Cambodia.

1. • Robert Huxley
2. • Albert Schaff
3. • Johan Rucker
4. • Nantatorn Cha-ingram
5. • Wannisa Cha-ingram

The parties may move to add witnesses to this list, upon a showing of good cause, either upon stipulation or by way of motion to the Court, and thereby supplement the depositions to be taken in Phnom Penh, Cambodia.

IT IS FURTHER ORDERED that the taking of the depositions of the witnesses listed above are to be conducted in accordance with the following procedures:

1. Counsel for the government and for the defendant will be present during the depositions and will examine the witnesses. Counsel for the government shall notify witness Touch and defense counsel at the earliest opportunity of the precise location where the deposition of witness Touch will take place. Counsel for defendant shall notify the remaining witnesses and counsel for the government at the earliest opportunity of the precise location where the remaining depositions will take place.

2. The government shall bear the cost of a Khmer interpreter who will be present at the deposition of witness Touch and who will translate that proceeding into English. Defendant shall bear the costs of any interpreters necessary to attend the depositions of the remaining witnesses and to translate those proceedings into English.

3. A verbatim record of the English portion of the depositions will be made by a court reporter. The government will bear the cost of the stenographic recording and creation of the transcript of the deposition of witness Touch. Defendant shall bear the costs of the stenographic recordings and the creation of the

1 transcripts of the depositions of the remaining witnesses. To the extent that each
2 party desires copies of the transcripts of these depositions, each party will bear its
3 own cost in that regard.

4     4. Videotape recordings will be made of the depositions of the witnesses
5 identified above. The government will bear the cost of videotaping the deposition of
6 witness Touch. Defendant shall bear the costs of videotaping the depositions of the
7 remaining witnesses. To the extent that each party desires copies of the videos of
8 these depositions, each party will bear its own cost in that regard.

9     5. Defendant waives his right to be present at the depositions to the extent
10 that he holds such a right. Defendant may, to the extent it is technologically and
11 logistically feasible, be permitted to watch the depositions by live video feed.

12     6. The parties agree that all objections, apart from objections to the form
13 of a question, are deemed preserved by the parties and will be considered by the court
14 at a later scheduled hearing concerning the admissibility of the deposition testimony
15 at trial.

16     7. By stipulating to the taking of the depositions of the witnesses
17 identified above, the parties are not conceding that these depositions, or that any
18 particular portions of testimony given during these depositions, are admissible at trial
19 pursuant to Federal Rule of Criminal Procedure 15, or include testimony admissible
20 under the Federal Rules of Evidence.

21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28

8.   At least 14 days prior to the date the depositions in this case are taken, counsel for each party shall produce to the other party that discovery required under the <u>Jencks</u> Act (18 U.S.C. § 3500) and/or Federal Rule of Criminal Procedure 26.2 pertaining to each witness to be deposed.  The failure to timely produce such discovery may provide grounds to strike the use of the witness' deposition at trial.

DATED: June 2, 2010     By  *Margaret M. Morrow*
                                HONORABLE MARGARET M. MORROW
                                United States District Judge