1 | RONALD O. KAYE (No. 145051)
2 | KEVIN J. LaHUE
  | KAYE, McLANE & BEDNARSKI, LLP
3 | 234 E. Colorado Blvd.  Suite 230
  | Pasadena, California 91101
4 | Telephone: (626) 844-7660
  | Facsimile: (626) 844-7670
5 | rok@kmbllp.com

6 | Attorneys for Defendant
  | CURTIS DAVID FAHLBERG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09-00683-MMM |
| Plaintiff, | NOTICE OF ERRATA RE: MOTION TO SUPPRESS IDENTIFICATION TESTIMONY OF L.T.K.G., D.T.M.V., AND D.T.M.T.; DECLARATION OF COUNSEL; EXHIBIT |
| v. | |
| CURTIS DAVID FAHLBERG, | |
| Defendant. | Hearing Date: June 28, 2010 Hearing Time: 1:15 p.m. Court: Hon. Margaret M. Morrow |

PLEASE TAKE NOTICE that in Defendant's Motion to Suppress the Identification Testimony of L.T.K.G., D.T.M.V., and D.T.M.T. – the alleged victims charged in the indictment, all references to D.T.M.V. actually refer to the video taped interview of non-charged victim girl D.T.M.E.. Defendant incorrectly confused the names of these two victim girls. D.T.M.V., who is charged in the indictment, was never video taped during her interview with government agents. *See* Exhibit A, attached hereto in redacted form.

\\

\\

1 As described in the attached declaration, and the report of the interview of
2 D.T.M.V., attached in redacted form at Exhibit A, the same modus operandi of
3 presenting a single photograph of Mr. Fahlberg was followed in the non-videotaped
4 interview of the charged victim, D.T.M.V., as was done with all three vidotaped
5 interviews discussed in the Motion to Suppress, including charged victims L.T.K.G.
6 and D.T.M.T.  Further, the same government agents participated in the interview of
7 D.T.M.V., which occurred more than one month after the other three interviews.

8 Therefore, the Defendant requests that the Court also apply the arguments set
9 out in the Motion to Suppress to the identification of D.T.M.V., the victim alleged in
10 indictment. The Defendant requests that the Court proceed with the motions hearing
11 date of June 28, 2010, and if the Court rules that an evidentiary hearing with the
12 victim girls is necessary, that the Court include D.T.M.V. and permit the defense to
13 examine her with regard to suggestability and reliability.

14 In addition, as discussed in Defendant's moving papers and Defendant's
15 position in the parties Joint Report, filed on June 4, 2010, if the Court rules that an
16 evidentiary hearing with the victim girls is necessary, Defendant requests that he be
17 permitted to depose all the victim girls referred to in the indictment: L.T.K.G.,
18 D.T.M.V, and D.T.M.T. – and the other victim girl not charged in the indictment,
19 D.T.M.E. (mistakenly referred to in Defendant's moving papers as D.T.M.V.).

Respectfully submitted,

KAYE, McLANE & BEDNARSKI, LLP

DATED: June 11, 2010         By         /S/
                                RONALD O. KAYE
                                Attorneys for Curtis David Fahlberg