ROBERT E. DUGDALE (CSBN 167258)
Assistant United States Attorney
312 North Spring Street, 15th Floor
Los Angeles, California 90012
(213) 894-4685 Facsimile (213) 894-3713
robert.dugdale@usdoj.gov

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>CURTIS DAVID FAHLBERG,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 09-683-MMM<br><br>NOTICE OF MANUAL FILING |
|---|---|

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Government's Ex Parte Application For Order Sealing Document; (Proposed) Order Sealing Document; and Under Seal Document

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other File Under Seal Pursuant to 18 U.S.C. Section 3509(d)

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| June 14, 2010 | ROBERT E. DUGDALE |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)         **NOTICE OF MANUAL FILING**