


Case 2:09-cr-00683-MMM   Document 62   Filed 06/24/10   Page 1 of 5   Page ID #:683

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>CURTIS DAVID FAHLBERG,<br><br>　　　　Defendant. | CR No. 09-683(A)-MMM<br><br>**F I R S T**<br>**S U P E R S E D I N G**<br>**I N D I C T M E N T**<br><br>[18 U.S.C. § 2423(c): Engaging In Illicit Sexual Conduct With A Minor In Foreign Places; 18 U.S.C. § 2252A(a)(1): Transportation of Child Pornography; 18 U.S.C. § 2252A(a)(5)(B): Possession of Child Pornography] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 2423(c)]

Between on or about September 28, 2003, and on or about June 26, 2006, defendant CURTIS DAVID FAHLBERG, a citizen of the United States, knowingly traveled in foreign commerce, from Los Angeles, California, in the Central District of California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with L.T.K.G., a girl less than 18 years of age.

RED:red

COUNT TWO

[18 U.S.C. § 2423(c)]

Between on or about September 28, 2003, and on or about June 26, 2006, defendant CURTIS DAVID FAHLBERG, a citizen of the United States, knowingly traveled in foreign commerce, from Los Angeles, California, in the Central District of California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with D.T.M.T., a girl less than 18 years of age.

## COUNT THREE

[18 U.S.C. § 2423(c)]

Between on or about September 28, 2003, and on or about June 26, 2006, defendant CURTIS DAVID FAHLBERG, a citizen of the United States, knowingly traveled in foreign commerce, from Los Angeles, California, in the Central District of California, to Cambodia, and engaged in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with D.T.M.V., a girl less than 18 years of age.

## COUNT FOUR

[18 U.S.C. § 2252A(a)(1)]

On or about June 26, 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant CURTIS DAVID FAHLBERG knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), in interstate or foreign commerce, knowing that the images were child pornography.

## COUNT FIVE

[18 U.S.C. § 2252A(a)(5)(B)]

On or about June 26, 2006, in Los Angeles County, within the Central District of California, defendant CURTIS DAVID FAHLBERG knowingly possessed a computer hard drive that contained more than one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which had been shipped and transported in interstate and foreign commerce by any means, including by computer, knowing that the images were child pornography.

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ Christine C. Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section

5