# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED    ORIGINAL

### CASE SUMMARY

Case Number ___O9-683(A)-MMM___   Defendant Number _2010 JUN 24 PM 4:15_

U.S.A. v. _CURTIS DAVID FAIRBURG_   Year of Birth _1946_  DISTRICT COURT
                                                          CLERK U.S. DIST. OF CALIF.
☒ Indictment   ☐ Information   Investigative agency (FBI, DEA, etc.) ICE  LOS ANGELES

**NOTE: All items are to be completed.  Information not applicable or unknown shall be indicated as "N/A".**

BY_____

## OFFENSE/VENUE

a. Offense charged as a:

  ☐ Misdemeanor   ☐ Minor Offense   ☒ Felony
  ☐ Petty Offense   ☐ Class B Misdemeanor

b. Date of offense _____

c. County in which first offense occurred
  _LOS ANGELES AND ABROAD_

d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY

  ☒ Los Angeles        ☐ Ventura
  ☐ Orange             ☐ Santa Barbara
  ☐ Riverside          ☐ San Luis Obispo   (CAMBODIA
  ☐ San Bernardino     ☒ Other _ABROAD_   THAILAND)

Citation of offense _18 USC § 2423(c)_

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☐ No   ☒ Yes

  IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _N/A_

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: _5/11/09_

  Case Number _____ 09-977

  Charging _VIOLATIONS OF 18 USC § 2423(c)_

The complaint:   ☒ is still pending
  ☐ was dismissed on: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*        ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*        ☒ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

IS THIS A NEW DEFENDANT?   ☐ Yes        ☒ No

This is the _1st_ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
  _7/17/09_

Case Number _CR 09-683-MMM_

The superseded case:
☒ is still pending before Judge/Magistrate Judge
  _MARGARET M. MORROW_
☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*        ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*        ☒ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes         ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes        ☒ No
IF YES, list language and/or dialect: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**OTHER**

☒ Male                    ☐ Female
☒ U.S. Citizen            ☐ Alien
Alias Name(s) _____
_____

This defendant is charged in:   ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?        ☐ Yes    ☒ No
IF YES, should matter be sealed?  ☐ Yes    ☒ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☐ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☒ Other: _CHILD EXPLOITATION_
_____
_____
_____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?        ☐ Yes    ☐ No
d. Is a Fugitive           ☐ Yes    ☐ No
e. Is on bail or release from another district:
   _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.      ☐ Yes    ☐ No

Defendant is **in custody**:
a. Place of incarceration:  ☐ State   ☒ Federal
b. Name of Institution: ____MDC____
c. If Federal: U.S. Marshal's Registration Number:
   _57001-112_
d. ☒ Solely on this charge. Date and time of arrest:
   _6/15/09_
e. On another conviction:  ☐ Yes    ☒ No
   IF YES  ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes   ☒ No
   IF YES  ☐ State    ☐ Federal    AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ____ 20   ____ 21   ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____
_____
_____
_____
_____

Date ____JUUW   6/23/10____          _____
                                      *Signature of Assistant U.S. Attorney*
                                      ROBERT G. DUGDALE
                                      _____
                                      *Print Name*