# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:09-CR-00683(A)-MMM        Recorder: CS 07/06/2010        Date: 07/06/2010

Present: The Honorable <u>Alicia G. Rosenberg</u>, U.S. Magistrate Judge

Court Clerk: <u>Terry R. Baker</u>                                    Assistant U.S. Attorney: <u>Meghan Blanco</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| CURTIS DAVID FAHLBERG<br>CUSTODY-PRESENT | RONALD O. KAYE<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge Margaret M. Morrow.
     All dates previously set remain.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 05</u>
Initials of Deputy Clerk: <u>TRB</u>

cc: Statistics Clerk, PSALA USMLA