# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 09-00683-MMM | Date | December 6, 2010 |
|---|---|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|
| Interpreter | N/A |

| ANEL HUERTA | MARK SCHWEITZER | ROBERT E. DUGDALE |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Curtis David Fahlberg | ✔ |  | ✔ | 1. Ronald O. Kaye | ✔ |  | ✔ |
|  |  |  |  | Kevin LaHue | ✔ |  | ✔ |

**Proceedings:** Sentencing [not held]

At the request of defendant, the court vacates the sentencing hearing date. The matter will be rescheduled at a later date.

The transcript to the proceeding is sealed.

|  |  | 01 : 16 |
|---|---|---|
| CR-11 (09/98) | **CRIMINAL MINUTES - GENERAL** | Initials of Deputy Clerk AH |