# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 09-00683-MMM |
| Date | June 28, 2011 |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |
| Interpreter | N/A |

| ANEL HUERTA | MARK SCHWEITZER | ROBERT DUGDALE |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Curtis David Fahlberg | ✔ | ✔ | | 1. Ronald O. Kaye<br>Kevin LaHue | ✔ | | ✔ |

**Proceedings:** **Evidentiary Hearing re Civil Confinement Expert**

   The court having heard testimony from the expert witness, Richard Romanoff, takes the matter under submission.   The transcript to the proceeding is sealed.

   Witness sworn and testifies.  Exhibits identified only.