```
 1  ANDRÉ BIROTTE JR
    United States Attorney
 2  ROBERT E. DUGDALE (California State Bar No. 167258)
    Assistant United States Attorney
 3  Chief, Criminal Division
         1200 United States Courthouse
 4       312 North Spring Street
         Los Angeles, California 90012
 5       Telephone:  (213) 894-4685
         Facsimile:  (213) 894-3713
 6       e-mail:    robert.dugdale@usdoj.gov

 7  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 8
                      UNITED STATES DISTRICT COURT
 9
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,   ) No. CR 09-683-MMM
11                              )
              Plaintiff,        ) GOVERNMENT'S RESPONSE TO DEFENDANT
12                              ) CURTIS FAHLBERG'S SUPPLEMENTAL
              v.                ) POSITION
13                              )
    CURTIS DAVID FAHLBERG,      ) Sentencing date:   11/14/11
14                              ) Time:              1:15 p.m.
              Defendant.        )
15                              ) Courtroom of the Honorable Margaret
    _____ ) M. Morrow
16
17
18
19
20
21
22
23
24
25
26
27
28
```

GOVERNMENT'S RESPONSE TO DEFENDANT'S REQUEST TO MODIFY
THE PRESENTENCE REPORT AND TO ATTACH ADDITIONAL INFORMATION
TO THE PRESENTENCE REPORT

In his supplemental sentencing position paper, defendant Curtis Fahlberg ("Fahlberg") requests that this Court take the following actions with regard to the Presentence Report ("PSR") prepared in this case:

1.  Strike all references to conduct concerning the sexual acts that purportedly took place between the victims relevant to the dismissed charges in this case and defendant Fahlberg;

2.  Include in the Presentence Report the defense position on other evidence currently contained in the PSR, particularly insofar as the PSR addresses (1) the statements that defendant Fahlberg reportedly made to Special Agent Paul Moore when questioned in Thailand in October 2007 (PSR at ¶ 24); (2) e-mails written by defendant Fahlberg to his friend, Brian Sullivan, that are described at length in the PSR (PSR at ¶¶ 59-65); and (3) statements provided by Channa Touch to the government when he was initially interviewed in this matter, which he later largely retracted during his deposition conducted in this case (PSR at ¶¶ 57-58). Defendant Fahlberg further requests that information provided during the depositions of defense witnesses Ier Phang, Nantatorn Cha-ingram, and Adam Parker be included in the PSR as well.

3.  Attach the report of Dr. Richard Romanoff; and

4.  Strike conclusory statements contained in the Probation Officer's recommendation letter which rely on the statements of the alleged victims in this case and the disputed statement that defendant Fahlberg gave to Special Agent Moore.

1

The government does not object to the approach suggested by the defense in this case.  For the reasons previously stated by the government, it does not object to the exclusion of information in the PSR that relates to statements provided by the victims in this case, since their allegations have not been proven by the government at sentencing and could have negative collateral consequences to defendant Fahlberg insofar as his future incarceration is concerned.  See United States v. Capanelli, 2003 WL 23018794 ** 1-2 (S.D.N.Y. 2003) (striking from a PSR the allegation that a defendant was a member of an organized crime family, where such an assertion was not proven by the government and had a negative impact on the defendant's conditions of confinement).

Moreover, there is nothing under Federal Rule 32 of the Federal Rules of Criminal Procedure that prohibits this Court from ordering that defendant Fahlberg's version of the events and issues described in the PSR be appended to the PSR.  See e.g., United States v. Bartlett, 2011 WL 1042247 at ** 3 (6th Cir. 2011) (affirming a district court decision to minimize potential future harm to a defendant by ordering that a PSR be amended to note that an allegation that a defendant had sexually abused his daughter was disputed by the defendant); United States v. LaRosa, 1987 WL 8102 at *1 (E.D.N.Y. 1987) (ordering that a written copy of a defendant's version of the offense at issue be permanently attached to the defendant's PSR).  Accordingly, the government would not object to the inclusion the following information -- either in the form of an attachment to the PSR addressing defendant Fahlberg's version of the events or issues in question,

1  or through modifications to the PSR itself:  (1) defendant
2  Fahlberg's contentions concerning the statement he provided to
3  Special Agent Moore; (2) defendant Fahlberg's contentions
4  concerning the e-mails he sent to Brian Sullivan; (3) the report
5  of Dr. Richard Romanoff; and (4) the testimony provided by Channa
6  Touch, Ier Phang, Nantatorn Cha-ingram, and Adam Parker during
7  their depositions in this case (which defendant Fahlberg has
8  accurately summarized in his supplemental sentencing position
9  paper).
10 DATED: October 17, 2011

Respectfully submitted,

/s/ R. E. Dugdale

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

I, **Shaton L. McDaniel**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**GOVERNMENT'S RESPONSE TO DEFENDANT'S CURTIS FAHLBERG'S SUPPLEMENTAL POSITION**

service was:

| | | | |
|---|---|---|---|
| [xx] | Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [ ] | Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
| [ ] | By hand delivery addressed as follows: | [ ] | By facsimile as follows: |
| [ ] | By messenger as follows: | [ ] | By federal express as follows: |
| [ ] | By email as follows: | | |

**STEVEN YUNG**
United States Probation Officer
6th Floor

This Certificate is executed on October 24, 2011 at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
Shaton L. McDaniel